# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0055. CHARLIE BRANNER JR. v. MELANIE B. CROSS, JUDGE**

Having been read and considered, the appellant's emergency motion to set aside is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/02/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.